# EXHIBIT G

# Bogart (disambiguation)

From Wikipedia, the free encyclopedia

**Bogart** or **Boggart** may refer to:

## People

- Humphrey Bogart (1899–1957), American actor
- Evan Bogart (born 1978), American music executive
- Henry Bogart (1729–1821), American surveyor and alderman
- Jacob C. Bogart (c. 1820–?), ship captain and American Democratic politician
- John Bogart (1836–1920), New York State Engineer and Surveyor (1888-1891)
- Leo Bogart (1921–2005), American sociologist and media and marketing expert
- Neil Bogart (1943–1982), American music executive
- Paul Bogart (born 1919), American television and film director
- William Henry Bogart (1810–1888), American author
- "Bogart", nickname of *American Idol* contestant Bo Bice

## Places

- Bogart, Georgia
- Bogart, Ohio, an unincorporated community
- Bogart, Ontario, a settlement
- Bogart's, a Cincinnati, Ohio, music venue

## Other

- Boggart or bogart, a creature in Celtic mythology
- Boggart (Harry Potter), a shape-shifting creature in the Harry Potter book series
- A variant of the fedora (hat)
- "Bogart", a song by Nik Kershaw
- bogarting, a drug culture term for keeping a marijuana cigarette for an unfairly long time

Retrieved from "http://en.wikipedia.org/w/index.php?title=Bogart_(disambiguation)&oldid=453504523"

Categories:  Disambiguation pages │ Surnames

Hidden categories:  All article disambiguation pages │ All disambiguation pages │ Article Feedback Blacklist

---

- This page was last modified on 2 October 2011 at 09:41.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.



EDITION: U.S.    Register | Sign In    Search News & Quotes

Home | Business | Markets | World | Politics | Tech | Opinion | Breakingviews | Money | Life | Pictures | Video

Profile:

# Jacques Bogart SA (JBOP.PA)

Related Topics:  STOCKS   STOCK SCREENER   NON-CYCLICAL CONSUMER GOODS & SERVICES   PERSONAL PRODUCTS

**OVERVIEW** | NEWS | KEY DEVELOPMENTS | PEOPLE | CHARTS | FINANCIALS | OPTIONS | ANALYSTS | RESEARCH | PULS

| JBOP.PA on Paris Stock Exchange | Price Change (% chg) | Prev Close €188.00 | Day's High €188.00 | Volume 40 | 52-wk High €215.40 |
|---|---|---|---|---|---|
| **188.00** EUR 27 Feb 2012 | €0.00 (+0.00%) | Open -- | Day's Low €188.00 | Avg. Vol 10 | 52-wk Low €144.10 |

**SEARCH STOCKS**

[Enter company name or Symbol]   [SEARCH]

**FULL DESCRIPTION**

Jacques Bogart SA is a France-based holding company engaged in the manufacture of men's fragrances and cosmetics. The Company's portfolio of brands includes Bogart and licenses for Balenciaga, Parfums Ted Lapidus, Chevignon and Faconnable, among others. In addition, the Company sells ready-to-wear apparel under Balenciaga and Ted Lapidus brands. Jacques Bogart SA distributes its products through a network of perfumeries in France and via local distributors or Company's subsidiaries across Europe, Middle-East and Russia, America and Asia. The Company operates through a number of subsidiaries, including Parfums Ted Lapidus SAS, Societe Francaise de Fabrication de Parfumerie SAS, Distribal SAS, Fairtrade SARL, Athenais SAS and Stendhal SAS, among others. On June 29, 2010, the Company acquired the brand CARVEN from CARVEN SAS.

» Full Overview of JBOP.PA



**COMPANY ADDRESS**

Jacques Bogart SA
76-78 Avenue des
76-78 avenue des Champs-Elysees
PARIS    75008
P: +331.53775555
F: +331.53775560

**COMPANY WEB LINKS**

**OFFICERS & DIRECTORS**

| Name | Compensatio |
|---|---|
| David Konckier | |
| Regine Konckier | |
| Emile Ohayon | |
| Jacques Konckier | |
| Patricia Sfara | |