# Exhibit C

1
2
3
4          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                   ATHENS DIVISION


BOGART, LLC, A DELAWARE
LIMITED LIABILITY COMPANY,

5
            Plaintiff,

6
vs.                              No. 3:10-CV-39 (CDL)

7
ASHLEY FURNITURE INDUSTRIES,
8  INC., (D/B/A ASHLEY FURNITURE),
   ASHLEY FURNITURE HOMESTORE,
9  AND DOES 1 THROUGH 10,
   INCLUSIVE,

10
            Defendants.
11  _____/

12
13
14          DEPOSITION OF JON ALBERT LEVY

15
16      The following deposition was given on the
17  22nd day of June, 2011, commencing at the hour
18  of 9:31 a.m., before Debra L. Pope, a Certified
19  Shorthand Reporter, License Number 4229.
20      The witness personally appeared at KC's Court
21  Reporting, 409 Washington Street, Suite 203,
22  Monterey, California 93940.
23
24          **CONFIDENTIAL**
25      **FOR ATTORNEY'S EYES ONLY**

1



40



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

41

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



42



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

43



59



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

60



KC's COURT REPORTING
(800) 266-1598        submit@kcscourtreporting.com        (831) 373-1141 (Fax)



85



106

KC's COURT REPORTING
(800)  266-1598        submit@kcscourtreporting.com      (831)  373-1141  (Fax)