IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| BOGART, LLC, A DELAWARE LIMITED LIABILITY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:10-CV-39 (CDL) |
| ASHLEY FURNITURE INDUSTRIES, INC. (D/B/A ASHLEY FURNITURE), ASHLEY FURNITURE HOMESTORE, AND DOES 1 THROUGH 10, INCLUSIVE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION *IN LIMINE* NO. 4 TO LIMIT DAMAGES FOR PLAINTIFF'S MISAPPROPRIATION OF RIGHT OF PUBLICITY CLAIMS TO DAMAGES BASED UPON SALES ONLY IN THE STATES OF GEORGIA, CALIFORNIA, AND/OR WASHINGTON**

Defendants Ashley Furniture Industries, Inc. and Ashley Homestores Limited (collectively "Ashley" or "Defendants"), pursuant to Federal Rule of Evidence 401, 402, 403 and 404, hereby submit this motion *in limine* requesting this Court to limit evidence of the available damages for Plaintiff Bogart, LLC's claims for misappropriation of the right of publicity to only those damages based upon sales occurring within whichever of the three states' asserted laws that the Court decides to apply: Georgia, California, or Washington.

1

As support, Defendants submit their contemporaneously-filed memorandum, which sets forth Defendants' citations of authority and arguments.

Respectfully submitted, this 25th day of September, 2012.

/s/ Matthew L. Jamison
Matthew L. Jamison
Ga. Bar No. 142525
Robert D. Mason, Jr.
Admitted *pro hac vice*
Charles A. Burke
Admitted *pro hac vice*

WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone:   (336) 721-3600
Facsimile:   (336) 721-3660
mjamison@wcsr.com
rmason@wcsr.com
cburke@wcsr.com

*Attorneys for Defendants Ashley Furniture Industries, Inc. and Ashley HomeStores Limited*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BOGART, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>    Plaintiff,<br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC. (D/B/A ASHLEY FURNITURE), ASHLEY FURNITURE HOMESTORE, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | CASE NO. 3:10-CV-39 (CDL) |

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that on September 25, 2012 a true and correct copy of the foregoing was filed using this court's CM/ECF system which will delivery e-mail notification to all counsel of record, including:

Michael O. Crain
CRAIN LAW GROUP, LLC
297 Prince Avenue
Suite 24
Athens, GA  30601

Cash Vandiver Morris
MAYER & HARPER, LLP
127 Peachtree Street, NE
Suite 1100
Atlanta, GA  30303


/s/ Matthew L. Jamison
Matthew L. Jamison
Georgia Bar No. 142525